EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:  Aprobación de Cambio de Estatus Inactivo de ju1io de 2025 | 2025 TSPR 81  216 DPR ___ |

Número del Caso:  EM-2025-0011

Fecha:  13 de agosto de 2025

Materia: Aprobación de Cambio de Estatus Inactivo de ju1io de 2025.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Aprobación de Cambio de Estatus<br>Inactivo de julio de 2025 | EM-2025-0011 |

Sala de Verano integrada por el Juez Asociado señor Colón Pérez como su Presidente, la Jueza Asociada Rivera Pérez y el Juez Asociado señor Candelario López.

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de agosto de 2025.

Durante el periodo de julio de 2025, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Luis E. Dubón Otero | 1,962 |
| Eudaldo Báez Galib | 2,691 |
| Ángel R. Rodríguez Aja | 3,686 |
| Otto M. Bustelo Garriga | 4,088 |
| Rafael A. Vélez Candelario | 6,785 |
| Carlos J. Meléndez Collazo | 8,084 |
| María Isabel de Mier Pérez | 8,489 |
| Milagros Rodríguez De Jesús | 8,600 |
| Lizette Mejías Avilés | 9,710 |
| Manuel De Santiago Suárez | 11,567 |
| Virginia Santiago Tosado | 12,483 |
| Eduardo Vélez Torres | 17,522 |

Rosie A. Carmona Rodríguez          20,448

Rebeca Figueroa Vega                21,521

Bettina I. Maestre Otero            21,754

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo